IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BENJAMIN WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | 1:19-cv-08327 |
| | ) | |
| v. | ) | Judge Durkin |
| | ) | Magistrate Judge Weisman |
| COLLECTION PROFESSIONALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT AND
REQUEST TO STAY ALL DEADLINES**

Plaintiff, BENJAMIN WALKER, hereby respectfully apprises this Honorable Court that the parties have reached a settlement of the above-captioned matter. Plaintiff further states as follows:

1. The parties are currently in the process of preparing formal documents necessary to memorialize the terms and conditions of the settlement of this matter.

2. Plaintiff respectfully requests a stay of all deadlines and further requests that the parties be excused from any appearances and any obligations for further court filings.

3. Plaintiff specifically requests that the Status Conference scheduled for July 21, 2021, be vacated.

Respectfully submitted,
**BENJAMIN WALKER**

By:   s/ David M. Marco
      Attorney for Plaintiff

<u>Dated: July 8, 2021</u>

David M. Marco
IL Bar No. 6273315/FL Bar No. 125266
SMITHMARCO, P.C.
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Telephone: (312) 546-6539
Facsimile: (888) 418-1277
E-Mail: dmarco@smithmarco.com